UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREW J. SANDSON,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner, Social
Security Administration; ANNE JACOBSY,
Director; ED HEBRON, Field Manager, MARY
J. BAKER, Field Manager

                Defendants.
------------------------------------------------------------X

**CIVIL JUDGMENT**

09-CV-5205 (BMC)

Pursuant to the Court's Memorandum and Order issued on December 11, 2009 dismissing this civil action, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed pursuant to 28 U.S.C. § 1915A(b). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

Dated: Brooklyn, New York
         December 11, 2009

                                          /Signed by Judge Briam M. Cogan/
                                                    U.S.D.J.